UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PERCY M. TAYLOR                                              CIVIL ACTION

VERSUS                                                       NO. 13-5854

PAUL CONNICK, JR., ET AL.                                    SECTION "F" (5)

**ORDER AND REASONS**

The plaintiff, Percy Taylor, is incarcerated in the Elayn Hunt Correctional Center. He submitted this pro se complaint pursuant to Title 42 U.S.C. § 1983 against numerous individuals involved in his 24th J.D.C. criminal proceedings, alleging conspiracy and a fraudulent scheme in connection with waiver of rights forms. (Rec. Doc. #1, Complaint, p. 5). He seeks monetary compensation and injunctive relief. With his complaint, Taylor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This is a non-dispositive pretrial matter which was referred to the undersigned United States Magistrate Judge pursuant to Local Rule 72.1E(b)(1) and 28 U.S.C. § 636(b).

The Prison Litigation Reform Act of 1996, Pub. L. No. 104-134, 110 Stat. 1321, now codified at Title 28 U.S.C. § 1915(g), provides that a prisoner shall not be allowed to bring a civil action pursuant to § 1915 if he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed as

frivolous, malicious, or for failure to state a claim for which relief can be granted, unless the prisoner is under imminent danger of serious physical injury.

Taylor is a frequent litigant in this court. He has submitted numerous pro se and <u>in forma pauperis</u> civil rights complaints in this district while he was incarcerated. The court's records establish that at least four of Taylor's prior complaints were dismissed as frivolous and/or for failure to state a claim. Those prior actions include: <u>Taylor v. Yanter</u>, Civil Action No. 96-2367 "F"(5) (E.D. La.); <u>Taylor v. Shane Head, et al.</u>, 02-3001 c/w 02-3421 "I"(5) (E.D. La.); <u>Taylor v. J.P.S.O. Narcotics Division</u>, Civil Action No. 03-647 "C"(1) (E.D. La.); <u>Taylor v. Jefferson Parish District Attorney's Office</u>, Civil Action No. 04-165 "C"(4) (E.D. La.). Plaintiff's current claims do not involve imminent danger to his physical safety. For the foregoing reasons,

**IT IS ORDERED** that the plaintiff's motion to proceed in forma pauperis is **DENIED** pursuant to Title 28 U.S.C. § 1915(g).

New Orleans, Louisiana, this 23rd day of  September , 2013.

_____
**ALMA L. CHASEZ**
**UNITED STATES MAGISTRATE JUDGE**

2